UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILEY JOSEPH PHILLIPS,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>Defendant. | Civil No. 3:17-CV-05808-TLF<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

Based on the stipulation of the parties (Dkt. 13), it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings including a new hearing and a new decision. The Appeals Council will instruct the Administrative Law Judge to locate or reconstruct the prior file and to order a comprehensive consultative psychological examination that includes neurocognitive testing as well as testing to rule out personality disorder.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 26th day of March, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge